```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

DENNIS RODRIGUEZ and JULIAN LOPEZ,

                Defendants.

---

**24 Cr. 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A pretrial conference in this matter is hereby scheduled for March 28, 2024, at 10:30 a.m.

**SO ORDERED.**

Dated:    4 March 2024
            New York, New York

                                            Victor Marrero
                                              U.S.D.J.