USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

DENNIS RODRIGUEZ and JULIAN LOPEZ,

                Defendants.

---

**24 Cr. 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for Defendant Julian Lopez, with the consent of counsel for all parties, requests that the pretrial conference currently scheduled for March 28, 2024 be adjourned. (See Dkt. No. 21.) The conference is hereby adjourned to April 26, 2024 at 11:00 AM.

Upon the request of the parties (see id.), it is hereby ordered that time until April 26, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

**SO ORDERED.**

Dated:    27 March 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.