```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        - against -

DENNIS RODRIGUEZ,

              Defendant.

**24 Cr. 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby **ORDERED** to respond within three (3) days to defendant's letter dated June 18, 2024 (see Dkt. No. 28), stating the basis for its objection to defendant's request.

**SO ORDERED.**

Dated:    21 June 2024
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.