```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

           - against -

DENNIS RODRIGUEZ,

               Defendant.

**24 Cr. 111 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

      Upon consent of the parties, the Government's time to respond (see Dkt. No. 29) to defendant's letter dated June 18, 2024 is hereby extended. The Government's response shall be filed no later than June 28, 2024.

**SO ORDERED.**

Dated:    24 June 2024
          New York, New York

                                 Victor Marrero
                                   U.S.D.J.