```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

– against –

DENNIS RODRIGUEZ,

                Defendant.

**24 Cr. 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant's motion (see Dkt. No. 28) to modify his bail conditions is hereby **GRANTED**. Defendant's bail conditions shall be modified to remove the location monitoring condition; the remaining conditions shall be left intact.

**SO ORDERED.**

Dated:    1 July 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.

1