```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

          - against -

DENNIS RODRIGUEZ and JULIAN LOPEZ,

          Defendants.

**24 Cr. 111 (VM)**

**ORDER**

---

**VICTOR MARRERO**, United States District Judge.

It is hereby **ORDERED** that the status conference currently scheduled for September 27, 2024, at 11:00 AM, is adjourned to November 8, 2024, at 2:00 PM.

It is hereby ordered that time until November 8, 2024, shall be excluded from speedy trial calculations. The parties advise that this exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    26 September 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.