**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DENNIS RODRIGUEZ and JULIAN LOPEZ,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024
```

**24 Cr. 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby **ORDERED** that the status conference currently scheduled for December 6, 2024 at 3:00 PM is hereby adjourned to December 13, 2024, at 1:00 PM.

Counsel for Defendants advise that they consent to the exclusion of time under the Speedy Trial Act. It is hereby ordered that time until December 13, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:      5 December 2024
            New York, New York

_____
              Victor Marrero
                U.S.D.J.