```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          - against -

DENNIS RODRIGUEZ AND JULIAN LOPEZ,

                Defendants.

24 Cr. 111 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letter dated January 10, 2025 requesting a trial date in May 2025. (Dkt. No. 44.) The Court hereby grants the request. Trial is hereby scheduled to begin on May 5, 2025 at 9:00 AM.

The Parties are directed to consult the Court's Trial Procedures regarding deadlines on its website.

**SO ORDERED.**

Dated:    14 January 2025
            New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.