```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025
```

UNITED STATES OF AMERICA,

         - against -

DENNIS RODRIGUEZ and JULIAN LOPEZ,

         Defendant.

24 Cr. 111 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defendant's letter requesting an adjournment of the trial currently scheduled for May 5, 2025, due to anticipated Rule 12 motions. The trial scheduled for May 5 is hereby adjourned *sine die*. The Court hereby sets the following schedule for Rule 12 Motions[1]:

    Defense Motions shall be filed by May 20, 2025

    Government response shall be filed by June 20, 2025

    Defense reply shall be filed by July 15, 2025

The Court hereby schedules oral argument and a final pretrial conference for September 26, 2025.

    It is hereby ordered that time until September 26, 2025, shall be excluded from speedy trial act calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants

---

[1] This schedule only applies to Defendant Julian Lopez.

and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

**SO ORDERED.**

Dated:   1 April 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.

2