**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

DENNIS RODRIGUEZ and JULIAN LOPEZ,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2025
```

**24 Cr. 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Rule 12 motions briefing schedule in this action is hereby modified as follows:

- Defense motions due May 27, 2025
- Government response due June 20, 2025
- Defense reply due July 15, 2025

**SO ORDERED.**

Dated:    22 May 2025
            New York, New York

                                              _____
                                                      Victor Marrero
                                                        U.S.D.J.