**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

DENNIS RODRIGUEZ,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2025
```

**24 CR 111 (VM)**

<u>**ORDER**</u>

VICTOR MARRERO, United States District Judge.

    The Court hereby schedules sentencing in this matter for January 30, 2026, at 12:00 p.m.

**SO ORDERED.**

Dated:    8 October 2025
            New York, New York

                                                 Victor Marrero
                                                   U.S.D.J.