```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :     1:24-CR-111-1 (VM)
    -against-                       :     ORDER
                                    :
  Dennis Rodriguez
                                    :
    Defendant
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025

Victor Marrero, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of drug testing and treatment as directed by Pretrial Services.

Dated:  New York, New York
        October 14, 2025

SO ORDERED:

_____
Victor Marrero
United States District Judge