**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

DENNIS RODRIGUEZ,

                Defendant.

**24 CR 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing scheduled on January 30, 2026, in the above-captioned matter is hereby adjourned until June 12, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:    21 January 2026
           New York, New York

1