# Federal Defenders
## OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/29/2026_

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

_____

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2026

**BY ECF**



Request **GRANTED.**
The Court adjourns the sentencing scheduled
on June 12, 2026, and reschedules it on
September 18, 2026, at 11:00 AM.

**SO ORDERED.**

5/29/2026

DATE          VICTOR MARRERO, U.S.D.J.

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    United States v. Dennis Rodriguez**
**24 Cr. 111 (VM)**

Dear Judge Marrero:

    I write to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for Friday, June 12, 2026, to mid-September 2026, in order to allow Mr. Rodriguez to continue serving as his father's primary caretaker during his ongoing cancer treatment. The government takes no position on this request.

    Mr. Rodriguez, who faces a 60-month mandatory minimum sentence, is the primary caretaker for his elderly father, Antonio Rodriguez, who was diagnosed with stage three colon cancer in October. Mr. Rodriguez's father continues to receive chemotherapy treatments, after which he is expected to undergo a surgical procedure to remove his colostomy bag. For this reason, and because I was recently substituted as counsel in this matter and cannot provide the effective assistance of counsel to which Mr. Rodriguez is entitled absent an adjournment, I respectfully request a three-month sentencing adjournment.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Dennis Rodriguez*

cc:    Camille Fletcher, Assistant U.S. Attorney