USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DENNIS RODRIGUEZ, et al.,

Defendants.

**24 CR 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing of defendant Dennis Rodriguez currently scheduled on September 18, 2026, is adjourned and rescheduled on October 16, 2026, at 10:00 AM. The sentencing of defendant Julian Lopez currently scheduled on July 17, 2026, is adjourned and rescheduled on October 16, 2026, at 11:00 AM.

**SO ORDERED.**

Dated: 9 July 2026
New York, New York

Victor Marrero
U.S.D.J.