Federal Defenders
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/26

October 13, 2026

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing in this matter is hereby adjourned to Friday, December 18, 2026 at 11:00 am.

SO ORDERED.
10/14/26
DATE
VICTOR MARRERO, U.S.D.J.

**Re: United States v. Dennis Rodriguez**
**24 Cr. 111 (VM)**

Dear Judge Marrero:

I write to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for this Friday, October 16, 2026, to Friday, December 18, 2026, in order to allow Mr. Rodriguez to continue serving as his father's primary caretaker during his ongoing cancer treatment. The government takes no position on this request.

Mr. Rodriguez, who faces a 60-month mandatory minimum sentence, remains the primary caretaker for his elderly father, Antonio Rodriguez, who was diagnosed with stage three colon cancer in October 2025. *See* Def. Sent'g Memo (Oct. 9, 2026). Mr. Rodriguez's father's health has declined significantly over the past several weeks, necessitating a series of doctor's appointments and a surgical procedure to determine whether his cancer has spread. Ex. A. Accordingly, I respectfully request a two-month sentencing adjournment to enable Mr. Rodriguez to continue caring for his father.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Dennis Rodriguez*

cc: Camille Fletcher, Assistant U.S. Attorney